# APPENDIX A

| | APPENDIX A – MIJELUM'S CERTIFIED PAYROLL RECORDS |
|---|---|
| **Employee** | **Dates and citation** |
| Jario Peña | 7/6/21, 7/7/21, 7/8/21, 7/9/21 – *Exhibit 69 JAS 1665* |
| | 7/12/21, 7/13/21, 7/14/21, 7/15/21, 7/17/21 *Exhibit 69 JAS 1669* |
| | 7/19/21, 7/20/21, 7/21/21, 7/22/21, 7/23/21 *Exhibit 69 JAS 1673* |
| | 7/26/21, 7/27/21, 7/29/21, 7/30/21, 7/31/21 *Exhibit 69 JAS 1677* |
| | 8/16/21, 8/17/21, 8/18/21, 8/19/21, 8/20/21, 8/21/21 *Exhibit 69 JAS 1685* |
| | 8/23/21, 8/24/21, 8/25/21, 8/26/21, 8/27/21, 8/28/21 *Exhibit 69 JAS 1689* |
| | 8/30/21, 8/31/21, 9/1/21, 9/2/21 *Exhibit 69 1693*<br>9/7/21, 9/8/21, 9/9/21, 9/10/21, 9/11/21 *Exhibit 69 JAS 1697* |
| | 9/13/21, 9/14/21, 9/15/21, 9/16/21, 9/17/21, 9/18/21 *Exhibit 69, JAS 1701* |
| | 9/20/21, 9/21/21, 9/22/21, 9/23/21, 9/24/21 *Exhibit 69, JAS 1704* |
| | 9/27/21, 9/28/21, 9/29/21, 9/30/21, 10/01/21 *Exhibit 69 JAS 1708* |
| | 10/04/21, 10/05/21, 10/06/21, 10/07/21 *Exhibit 69 JAS 1712* |
| | 10/11/21, 10/12/21, 10/13/21, 10/14/21, 10/15/21 *Exhibit 69 JAS 1716* |
| | 10/25/21, 10/26/21, 10/27/21, 10/28/21, 10/29/21 *Exhibit 69 JAS 1724* |
| | 11/01/21, 11/02/21, 11/03/21, 11/04/21, 11/05/21 *Exhibit 69 JAS 1728* |
| | 11/09/21, 11/10/21, 11/11/21, 11/12/21 *Exhibit 69 JAS 1732* |
| | 11/15/21, 11/16/21, 11/17/21, 11/18/21, 11/19/21 *Exhibit 70 JAS 1736* |
| | 11/22/21, 11/23/21, 11/24/21 *Exhibit 70 JAS 1740* |
| | 11/29/21, 11/30/21, 12/01/21, 12/02/21, 12/03/21, 12/04/21 *Exhibit 70 JAS 1744* |
| | 12/07/21, 12/08/21, 12/09/21, 12/10/21, 12/11/21 *Exhibit 70 JAS 1753* |
| | 12/20/21, 12/21/21, 12/22/21 *Exhibit 70 JAS 1756* |

1

| Wilson Castillo | 7/12/21, 7/13/21, 7/14/21, 7/15/21, 7/16/21, 7/17/21 – *Exhibit 69 JAS 1669* |
|---|---|
| | 7/26/21, 7/27/21, 7/29/21, 7/30/21, 7/31/21 – *Exhibit 69 JAS 1677* |
| | 8/2/21, 8/3/21, 8/4/21, 8/5/21, 8/6/21, 8/7/21 – *Exhibit 69 JAS 1681* |
| | 8/16/21, 8/17/21, 8/18/21, 8/19/21, 8/20/21 – *Exhibit 69 JAS 1685* |
| | 8/23/21, 8/24/21, 8/25/21, 8/26/21, 8/27/21, 8/28/21 – *Exhibit 69 JAS 1689* |
| | 8/30/21, 8/31/21, 9/1/21, 9/2/21 – *Exhibit 69 JAS 1693* |
| | 9/7/21, 9/8/21, 9/9/21, 9/10/21, 9/11/21 –*Exhibit 69 JAS 1697* |
| | 9/13/21, 9/14/21, 9/15/21, 9/16/21, 9/17/21, 9/18/21 – *Exhibit 69 JAS 1701* |
| | 9/20/21, 9/21/21, 9/22/21, 9/23/21, 9/24/21, 9/25/21 – *Exhibit 69 JAS 1705* |
| | 9/27/21, 9/28/21, 9/29/21, 9/30/21, 10/01/21 – *Exhibit 69 JAS 1709* |
| | 10/04/21, 10/05/21, 10/06/21, 10/07/21, 10/08/21 – *Exhibit 69 JAS 1713* |
| | 10/11/21, 10/12/21, 10/13/21, 10/14/21, 10/15/21 – *Exhibit 69 JAS 1717* |
| | 10/18/21, 10/19/21, 10/20/21, 10/21/21, 10/22/21 – *Exhibit 69 JAS 1720* |
| | 10/25/21, 10/26/21, 10/27/21, 10/28/21 10/29/21 – *Exhibit 69 JAS 1725* |
| | 11/01/21, 11/02/21, 11/03/21, 11/04/21, 11/05/21 – *Exhibit 69 JAS 1729* |
| | 11/09/21, 11/10/21, 11/11/21, 11/12/21 – *Exhibit 69 JAS 1733* |
| | 11/15/21, 11/16/21, 11/17/21, 11/18/21, 11/19/21 – *Exhibit 70 JAS 1737* |
| | 11/22/21, 11/23/21, 11/24/21 – *Exhibit 70 JAS 1741* |
| | 11/29/21, 11/30/21, 12/01/21, 12/02/21, 12/03/21, 12/04/21 – *Exhibit 70 JAS 1745* |
| | 12/06/21, 12/07/21, 12/08/21, 12/09/21, 12/10/21, 12/11/21 – *Exhibit 70 JAS 1749* |
| | 12/13/21, 12/14/21, 12/15/21, 12/16/21, 12/17/21, 12/18/21 – *Exhibit 70 JAS 1753.* |
| | 12/27/21, 12/28/21, 12/29/21 – *Exhibit 70 JAS 1757* |

2

| | |
|---|---|
| | 04/18/22, 04/19/22, 04/20/22, 04/21/22, 04/22/22 –*Exhibit 70 JAS 1761*<br><br>05/16/22, 05/17/22, 05/18/22, 05/19/22, 05/20/22 – *Exhibit 70 JAS 1767*<br><br>05/25/22, 05/26/22 – *Exhibit 70 JAS 1770* |
| Freddy Pico | 05/09/22, 05/10/22, 05/11/22, 05/12/22, 05/13/22 – *Exhibit 70 JAS 1764*<br><br>05/16/22, 05/17/22, 05/18/22, 05/19/22, 05/20/22 – *Exhibit 70 JAS 1767*<br><br>05/25/22, 05/26/22 – *Exhibit 70 JAS 1770*<br><br>08/15/22, 08/18/22, 08/19/22, 08/20/22 – *Exhibit 67 JAS 1639*<br><br>08/22/22,08/23/22, 08/24/22, 08/25/22, 08/26/22, 08/27/22 – *Exhibit 67 JAS 1642.* |
| Aurelio Carvajal | 04/18/22, 04/19/22, 04/20/22, 04/21/22, 04/22/22 – *Exhibit 70 JAS 1761*<br><br>05/09/22, 05/10/22, 05/11/22, 05/12/22, 05/13/22 – *Exhibit 70 JAS 1764*<br><br>05/25/22, 05/26/22 – *Exhibit 70 JAS 1770*<br><br>06/06/22 – *Exhibit 70 JAS 1773*<br><br>08/15/22, 08/18/22, 08/19/22, 08/20/22 – *Exhibit 67 JAS 1640* |
| Jorge Diaz-Galvis | 08/15/22, 08/18/22, 08/19/22, 08/20/22 – *Exhibit 67 JAS 1639.* |

3