# APPENDIX B

## APPENDIX B – MIJELUM'S PAY STUBS

| EMPLOYEE | PAY STUBS | EXHIBIT |
|---|---|---|
| Aurelio Carvajal | 09/11/22 to 09/17/22 JAS 1783<br><br>09/04/22 to 09/10/22 JAS 1784<br><br>08/28/22 to 09/03/22 JAS 1785<br><br>08/21/22 to 08/27/22 JAS 1786<br><br>08/14/22 to 08/20/22 JAS 1787<br><br>08/07/22 to 08/13/22 JAS 1788<br><br>07/31/22 to 08/06/22 JAS 1789<br><br>07/24/22 to 07/30/22 JAS 1790<br><br>07/10/22 to 07/16/22 JAS 1791<br><br>06/26/22 to 07/02/22 JAS 1792<br><br>06/12/22 to 06/18/22 JAS 1793<br><br>05/29/22 to 06/04/22 JAS 1794<br><br>05/22/22 to 05/28/22 JAS 1795<br><br>05/15/22 to 05/21/22 JAS 1796<br><br>05/08/22 to 05/14/22 JAS 1797 | **Exhibit 71** |
| Eduar Hurtado | 09/11/22 to 09/17/22 JAS 1804<br><br>09/04/22 to 09/10/22 JAS 1805<br><br>08/28/22 to 09/10/22 JAS 1806<br><br>08/21/22 to 08/27/22 JAS 1807 | Exhibit 72 |

| | | |
|---|---|---|
| | 08/14/22 to 08/20/22 JAS 1808<br><br>08/07/22 to 08/13/22 JAS 1809<br><br>07/31/22 to 08/06/22 JAS 1810<br><br>07/24/22 to 07/30/22 JAS 1811<br><br>07/1022 to 07/16/22 JAS 1812<br><br>06/26/22 to 07/02/22 JAS 1813 | |
| Elkin Gomez | No paystubs | |
| | | |
| Freddy Pico | 9/11/22 to 09/17/22 JAS 1824<br><br>09/04/22 to 09/10/22 JAS 1825<br><br>08/28/22 to 09/03/22 JAS 1826<br><br>08/21/22 to 08/27/22 JAS 1827<br><br>08/14/22 to 08/20/22 JAS 1828<br><br>08/07/22 to 08/13/22 JAS 1829<br><br>07/31/22 to 08/06/22 JAS 1830<br><br>07/24/22 to 07/30/22 JAS 1831<br><br>07/10/22 to 07/16/22 JAS 1832<br><br>06/26/22 to 07/02/22 JAS 1833<br><br>06/12/22 to 06/18/22 JAS 1834<br><br>05/29/22 to 06/04/22 JAS 1835 | Exhibit 74 |

|  | 05/22/22 to 05/28/22 JAS 1836 |  |
|  | 05/15/22 to 05/21/22 JAS 1837 |  |
|  | 05/08/22 to 05/14/22 JAS 1838 |  |
| Jairo Peña | 12/12/21 to 12/18/21 JAS 1850 | Exhibit 75 |
|  | 12/19/21 to 12/25/21 JAS 1851 |  |
|  | 12/05/21 to 12/11/21 JAS 1852 |  |
|  | 11/28/21 to 12/04/21 JAS 1853 |  |
|  | 11/21/21 to 11/27/21 JAS 1854 |  |
|  | 11/14/21 to 11/20/21 JAS 1855 |  |
|  | 11/07/21 to 11/13/21 JAS 1856 |  |
|  | 10/31/21 to 11/06/21 JAS 1857 |  |
|  | 10/24/21 to 10/30/21 JAS 1858 |  |
|  | 10/17/21 to 10/23/21 JAS 1859 |  |
|  | 10/10/21 to 10/16/21 JAS 1860 |  |
|  | 10/03/21 to 10/09/21 JAS 1861 |  |
|  | 09/25/21 to 10/02/21 JAS 1862 |  |
|  | 10/02/21 to 09/25/21 JAS 1863 |  |
|  | 09/12/21 to 09/18/21 JAS 1864 |  |
|  | 09/05/21 to 09/11/21 JAS 1865 |  |

| | | |
|---|---|---|
| | 08/29/21 to 09/04/21 JAS 1866 | |
| | 08/22/21 to 08/28/21 JAS 1867 | |
| | 08/15/21 to 08/21/21 JAS 1868 | |
| | 08/01/21 to 08/07/21 JAS 1869 | |
| | 07/25/21 to 07/31/21 JAS 1870 | |
| | 07/18/21 to 07/24/21 JAS 1871 | |
| | 07/04/21 to 07/10/21 JAS 1872 | |
| | 07/11/21 to 07/17/21 JAS 1873 | |
| | 06/13/21 to 06/19/21 JAS 1874 | |
| | 06/06/21 to 06/12/21 JAS 1875 | |
| | 05/30/21 to 06/05/21 JAS 1876 | |
| Jorge Galvis | 09/04/22 to 09/10/22 JAS 1886 | Exhibit 76 |
| | 08/28/22 to 09/03/22 JAS 1887 | |
| | 08/21/22 to 08/27/22 JAS 1888 | |
| | 08/14/22 to 08/20/22 JAS 1889 | |
| | 08/0722 to 08/13/22 JAS 1890 | |
| | 07/31/22 to 08/06/22 JAS 1891 | |
| | 07/24/22 to 07/30/22 JAS 1892 | |
| | 07/10/22 to 07/16/22 JAS 1893 | |

|  | 06/26/22 to 07/02/22 JAS 1894 |  |
|---|---|---|
|  |  |  |
| David Rodriguez | No pay stubs |  |
|  |  |  |
| Wilson Castillo | 12/12/21 to 12/18/21 JAS 1914 | Exhibit 78 |
|  | 12/19/21 to 12/25/21 JAS 1915 |  |
|  | 12/05/21 to 12/11/21 JAS 1916 |  |
|  | 11/28/21 to 12/04/21 JAS 1917 |  |
|  | 11/21/21 to 11/27/21 JAS 1918 |  |
|  | 11/14/21 to 11/20/21 JAS 1919 |  |
|  | 11/07/21 to 11/13/21 JAS 1920 |  |
|  | 10/31/21 to 11/06/21 JAS 1921 |  |
|  | 10/24/21 to 10/30/21 JAS 1922 |  |
|  | 10/17/21 to 10/23/21 JAS 1923 |  |
|  | 10/10/21 to 10/16/21 JAS 1924 |  |
|  | 10/03/21 to 10/09/21 JAS 1925 |  |
|  | 09/26/21 to 10/02/21 JAS 1926 |  |
|  | 09/19/21 to 0925/21 JAS 1927 |  |
|  | 09/12/21 to 09/18/21 JAS 1928 |  |
|  | 09/05/21 to 09/11/21 JAS 1929 |  |

| | | |
|---|---|---|
| | 08/29/21 to 09/04/21 JAS 1930 | |
| | 08/22/21 to 08/28/21 JAS 1931 | |
| | 08/15/21 to 08/21/21 JAS 1932 | |
| | 08/01/21 to 08/07/21 JAS 1933 | |
| | 07/25/21 to 07/31/21 JAS 1934 | |
| | 07/18/21 to 07/24/21 JAS 1935 | |
| | 07/04/21 to 07/10/21 JAS 1936 | |
| | 07/11/21 to 07/17/21 JAS 1937 | |
| | 06/13/21 to 06/19/21 JAS 1938 | |
| | 06/06/21 to 06/12/21 JAS 1939 | |
| | 05/30/21 06/06/21 JAS 1940 | |
| | 09/25/22 to 10/01/22 JAS 1941 | |
| | 09/11/22 to 09/17/22 JAS 1942 | |
| | 09/04/22 to 09/10/22 JAS 1943 | |
| | 08/28/22 to 09/03/22 JAS 1944 | |
| | 08/21/22 to 08/28/22 JAS 1945 | |
| | 08/14/22 to 08/20/22 JAS 1946 | |
| | 08/07/22 to 08/13/22 JAS 1947 | |
| | 07/31/22 to 08/06/22 JAS 1948 | |
| | 07/24/22 to 07/30/22 JAS 1949 | |

| | | |
|---|---|---|
| | 07/10/22 to 07/16/22 JAS 1950<br><br>06/26/22 to 07/02/22 JAS 1951<br><br>06/12/22 to 06/18/22 JAS 1952<br><br>05/29/22 to 06/04/22 JAS 1953<br><br>05/22/22 to 05/28/22 JAS 1954.<br><br>05/15/22 to 05/21 22 JAS 1965<br><br>05/08/22 to 05/14/22 JAS 1966<br><br>04/17/22 to 04/23/23 JAS 1967 | |