**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **AURELIO TARAZONA CARVAJAL,** | § | |
| **EDUAR HURTADO GARCIA, ELKIN** | § | |
| **HUMBERTO GOMEZ PINTO, FREDY** | § | |
| **ALEXANDER HERRERA PICO, JAIRO** | § | |
| **ANDRES ARDILA PEÑA, JORGE** | § | |
| **ELIECER DIAZ GALVIS, WILSON** | § | |
| **FABIAN PEÑA CASTILLO, JUAN** | § | **CAUSE NO.  3:23-CV-00245-RFC** |
| **DAVID GARCIA RODRIGUEZ,** | § | |
|    **Plaintiffs,** | § | |
| | § | |
| | § | |
| **v.** | § | |
| | § | |
| **MIJELUM, L. L. C.,** | § | |
|    **Defendant.** | § | |

**DEFENDANT'S SECOND MOTION FOR EXTENSION OF
TIME TO FILE POST-TRIAL BRIEF**

**TO THE HONORABLE COURT:**

Defendant respectfully files this Second Motion for Extension of Time to File Post-Trial Brief and would respectfully show the Court as follows:

1.      Following the bench trial in this matter, the Court ordered the parties to submit post-trial briefs.  Defendant timely ordered an expedited transcript of the trial proceedings. Because the transcript could not be completed before the original briefing deadline, the Court granted an extension.  Despite the parties' efforts and the court reporter's diligent work, the complete transcript remains unavailable.

2.      To date, Defendant has received only the transcript for the first day of trial. The transcripts for the remaining trial days have not yet been completed.  The undersigned has been advised by the court reporter that the unusual nature of the proceedings has significantly increased the time required for transcript preparation. Specifically, the trial involved extensive

1

deposition testimony, numerous Spanish-speaking witnesses, interpreter translations, and proceedings for which no reporter log notes were available. According to the court reporter, these circumstances have substantially complicated and delayed preparation of an accurate transcript (Exhibit A.)

3. The court reporter has advised counsel that she requires at least an additional week, at a minimum, to complete the remaining transcript volumes and that the current briefing deadline is not feasible.

4. Defendant submits that a complete transcript is necessary to adequately prepare its post-trial brief and accurately cite the testimony and evidence presented during the multi-day bench trial. Filing a post-trial brief without access to a substantial portion of the trial record would prejudice Defendant's ability to fully address the evidence before the Court.

5. Accordingly, Defendant respectfully requests that the Court extend the deadline for filing Defendant's post-trial brief by three (3) weeks from the current deadline, up to and including July 13, 2026, in hopes no further extensions may be necessary.

6. This request is made in good faith and not for purposes of delay. Rather, it is necessitated by circumstances outside Defendant's control and is intended to ensure that the Court receives complete and accurate briefing based upon the entirety of the trial record.

7. Pursuant to Local Rule CV-7, counsel for Defendant conferred with opposing counsel regarding the relief requested herein. Opposing counsel opposes this Motion.

WHEREFORE, Defendant respectfully requests that the Court grant this Second Motion for Extension of Time to File Post-Trial Brief, extend the briefing deadline through and including July 13, 2026, and grant such other and further relief to which Defendant may be justly entitled.

Respectfully submitted,

**JOE A. SPENCER JR., ESQ.**
**ATTORNEY & COUNSELOR AT LAW**
1009 Montana Ave.
El Paso, TX 79902
Tel. (915) 532-5562
Fax. (915) 532-7535

/s/ Joe A. Spencer
JOE A. SPENCER
Texas Bar No. 18921800
joe@joespencerlaw.com

and

Valenzuela Law Firm
701 Magoffin Avenue
El Paso, Texas 79901
(915) 209-2719
(915) 493-2404 fax

/s/ Felix Valenzuela
State Bar No. 24076745
felix@valenzuela-law.com

***Attorneys for Defendant***

## **CERTIFICATE OF SERVICE**

On June 19, 2026, a true and correct copy of this document served on all counsel of record

via the Court's electronic filing system.

Adam Poncio. Esq.
Alan Braun, Esq.
PONCIO LAW OFFICES
A Professional Corporation
5410 Fredericksburg Road, Suite 109
San Antonio, Texas 78229-3550
Telephone: (210) 212-7979
Facsimile: (210) 212-5880
salaw@msn.com
abraun@ponciolaw.com

                                                  */s/ Joe A. Spencer*
                                                  **Joe A. Spencer**

4