**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **AURELIO TARAZONA CARVAJAL, EDUAR HURTADO GARCIA, ELKIN HUMBERTO GÓMEZ PINTO, FREDY ALEXANDER HERRERA PICO, JAIRO ANDRÉS ARDILA PEÑA, JORGE ELIECER DIAZ GALVIS, WILSON FABIAN PEÑA CASTILLO, JUAN DAVID GARCÍA RODRIGUEZ,** | § | |
| ***Plaintiffs*,** | § | **EP-23-CV-00245-RFC** |
| **v.** | § | |
| **MIJELUM, L.L.C., LUIS MUCHARRAZ, AND LEON MUCHARRAZ,** | § | |
| ***Defendant.*** | § | |

**FINAL JUDGMENT**

In accordance with the Court's Opinion, ECF No. 155, the Court enters its Final Judgment, pursuant to Federal Rule of Civil Procedure 58, as follows:

**IT IS ORDERED** that:

1) Plaintiffs Tarazona Carvajal, Hurtado Garcia, Gómez Pinto, Herrera Pico, Diaz Galvis, and García Rodriguez have proven, by a preponderance of the evidence, that Mijelum violated the FLSA by failing to them proper minimum and/or overtime wages. Accordingly, the Court awards the following amounts as the total compensatory and liquidated damages:

   - Tarazona Carvajal: $**1,696.50**
   - Hurtado Garcia: **$32,276.64**
   - Gómez Pinto: **$34,433.00**
   - Herrera Pico: **$79,461.20**
   - Diaz Galvis: **$24,293.28**

- García Rodriguez: **$65,274.00**

2) Plaintiffs Tarazona Carvajal, Hurtado Garcia, Gómez Pinto, Herrera Pico, Diaz Galvis, and García Rodriguez are also awarded attorneys' fees, court costs, expert fees, and post-judgment interest.

3) Plaintiffs Tarazona Carvajal, Hurtado Garcia, Gómez Pinto, Herrera Pico, Diaz Galvis, and García Rodriguez shall submit such an application for reasonable attorneys' fees and court costs by September 4, 2026, and defendants shall submit any opposition by September 11, 2026.

The Clerk shall close the case.

**SIGNED and ENTERED** this 24th day of August, 2026.

**ROBERT F. CASTAÑEDA**
**UNITED STATES MAGISTRATE JUDGE**