**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **AURELIO TARAZONA CARVAJAL, EDUAR HURTADO GARCIA, ELKIN HUMBERTO GÓMEZ PINTO, FREDY ALEXANDER HERRERA PICO, JAIRO ANDRÉS ARDILA PEÑA, JORGE ELIECER DIAZ GALVIS, WILSON FABIAN PEÑA CASTILLO, JUAN DAVID GARCÍA RODRIGUEZ,** | § | |
| ***Plaintiffs*,** | § | |
| **v.** | § | **EP-23-CV-00245-RFC** |
| **MIJELUM, L.L.C., LUIS MUCHARRAZ, AND LEON MUCHARRAZ,** | § | |
| ***Defendant.*** | § | |

**ORDER**

Before the Court is Defendant/Counter Plaintiff's Motion to Withdraw, ECF No. 163 [hereinafter "Mot."]. In the motion, Attorney Felix Valenzuela requests the Court's permission to withdraw from the above captioned case. *See* Mot. On September 23, 2026, Plaintiffs Aurelio Tarazona Carvajal, Pl./Appellant Aurelio Tarazona Carvajal's Not. of Appeal, ECF No. 160, Wilson Fabian Peña Castillo, Pl./Appellant Wilson Fabian Peña Castillo's Not. of Appeal, ECF No. 161, and Jairo Andrés Ardila Peña, Pl./Appellant Jairo Andrés Ardila Peña's Notice of Appeal, ECF No. 162, all filed notices of appeal.

"The filing of a notice of appeal is an event of jurisdictional significance—it confers jurisdiction on the court of appeals and divests the district court of its control over those aspects

of the case involved in the appeal." *U.S. v. Lucero*, 755 Fed. Appx. 384, 386 (5th Cir. 2018) (quoting *Griggs v. Provident Consumer Disc. Co.*, 459 U.S. 56, 58 (1982) (per curiam); citing *Marrese v. Am. Acad. of Orthopaedic Surgeons*, 470 U.S. 373, 378–79 (1985)). "The general rule is that a case can exist only in one court at a time, and a notice of appeal permanently transfers the case to [the Court of Appeals] until [the Court of Appeals] send it back." *Lucero,* 755 Fed. Appx. at 386. Since this case is now before the Fifth Circuit, this Court lacks jurisdiction to address the instant motion.

Therefore, **IT IS ORDREDED,** is Defendant/Counter Plaintiff's Motion to Withdraw, ECF No. 163, is **DENIED** for lack of jurisdiction.

**SIGNED** this 14th day of October, 2026.

**ROBERT F. CASTAÑEDA**
**UNITED STATES MAGISTRATE JUDGE**